■ VICTORIA QUINONES, Respondent, v. MOTEL LIPSKI et al., Appellants.— Order, Supreme Court, Bronx County, entered March 19, 1971, reversed, on the law and in the exercise of discretion, without costs and without disbursements, the motion to vacate dismissal of the action denied and the vacated judgment reinstated. A motion to vacate dismissal was originally denied, but without prejudice to renewal upon proper papers. However, the papers submitted on renewal are of no greater weight than the orginal: the affidavit of merit speaks in conclusory terms without specification of causal connection, the claim of incorrect information received from a lawyers' service is not substantiated, and the long delay in renewing the motion is not satisfactorily explained (see *Burke* v. *City of New York*, 18 A D 2d 898). Concur — Capozzoli, J. P., Markewich, Kupferman and McNally, JJ.; Murphy, J., dissents in the following memorandum: I dissent and vote to affirm on the opinion of Helman, J., at Special Term.

■ In the Matter of SIDNEY J. UNGAR et al., Petitioners, v. JAMES J. LEFF, as a Justice of the Supreme Court, New York County, Respondent.— No opinion. Concur — Markewich, J. P., Nunez, Steuer and Tilzer, JJ.

## (September 28, 1971)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING CHRISTIAN, Appellant.— No opinion. Concur — Stevens, P. J., Capozzoli, McGivern, Steuer and Tilzer, JJ.